**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-23755-GAYLES**

**GIUSEPPE DI FEDE,**

     **Petitioner**,

v.

**UNITED STATES DEPARTMENT OF**
**HOMELAND SECURITY,**
*et al.*,

     **Respondents.**

                        /

## <u>ORDER TO SHOW CAUSE</u>

**THIS CAUSE** comes before the Court on Petitioner Giuseppe Di Fede's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [ECF No. 1]. Petitioner challenges his continued detention at the Krome North Service Processing Center and seeks to be released on bond. *See generally id.*

When "entertaining an application for a writ of habeas corpus," a court "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ[] or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." *Id.*

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Within **<u>five days of the date of this Order</u>**, Respondents shall file a memorandum of fact and law to show cause why this Petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of the Petition.

2. Respondents shall serve their response and any accompanying documents on Petitioner.

3. Petitioner may, but is not required to, file a reply **within five days from the date of Respondent's response**.

4. To preserve the status quo and the Court's jurisdiction, Respondents shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) (granting "temporary injunctive relief" against removal to preserve the court's jurisdiction while adjudicating the merits of the case).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of May, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:

**Shelly Ann Grant**
2697 carambola cir north
Coconut creek, FL 33066
shellyannegrantesq@gmail.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov